UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNN ZELVIN,

                Plaintiff,

    - against -

FRANCOS FINE CLOTHIERS, INC.,

                Defendant.

---

23-cv-8378 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This action was filed on September 21, 2023, and a summons was issued on September 22, 2023. There is no indication the summons was ever served on the defendant. The time to serve the summons on the defendant is extended to **March 5, 2023**. If the summons is not served by that date, this case will be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            February 16, 2024

                                         John G. Koeltl
                                  United States District Judge